THE STATE OF OHIO, APPELLEE, *v.* DEPEW, APPELLANT.

[Cite as *State v. DePew* (1994), 70 Ohio St.3d 1219.]

(No. 87–1334—Submitted August 17, 1994—Decided November 9, 1994.)

1220

*John F. Holcomb*, Butler County Prosecuting Attorney, and *Daniel G. Eichel*, Assistant Prosecuting Attorney, for appellee.

*David H. Bodiker*, Ohio Public Defender, *Jane P. Perry* and *Richard J. Vickers*, Assistant Public Defenders, for appellant.

---

*Per Curiam.* We deny the motions. DePew's 1988 appeal to this court was not a first appeal as of right; therefore, he had no constitutional right to counsel, hence no constitutional right to effective assistance. See *State v. Buell* (1994), 70 Ohio St.3d 1211, 639 N.E.2d 110.

*Motions denied.*

MOYER, C.J., A.W. SWEENEY, DOUGLAS, RESNICK, F.E. SWEENEY and PFEIFER, JJ., concur.

WRIGHT, J., dissents.